## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 04, 2021

Mr. Jyde Adelakun

C/o D. Adedeji
11300 Expo Boulevard
Suite 1013
San Antonio, TX 78230

      Re:  Case No. 21-2866, *USA v. Jyde Adelakun*
          Originating Case No. : 2:20-mc-50585

Dear Mr. Adelakun,

 The Court issued the enclosed Order today in this case.

                Sincerely yours,

                s/Julie Connor
                Case Manager
                Direct Dial No. 513-564-7033

cc:  Mr. Mark J. Chasteen
    Mr. Michael El-Zein
    Ms. Kinikia D. Essix

Enclosure

No mandate to issue

**NOT RECOMMENDED FOR PUBLICATION**

No. 21-2866

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **FILED** |
|  | ) | Oct 04, 2021 |
| Plaintiff-Appellee, | ) | DEBORAH S. HUNT, Clerk |
|  | ) |  |
| v. | ) | ON APPEAL FROM THE UNITED |
|  | ) | STATES DISTRICT COURT FOR |
| JYDE ADELAKUN, | ) | THE EASTERN DISTRICT OF |
|  | ) | MICHIGAN |
| Defendant-Appellant. | ) |  |
|  | ) |  |
|  | ) |  |

O R D E R

Before: SUHRHEINRICH, CLAY, and NALBANDIAN, Circuit Judges.

This matter is before the court upon initial consideration to determine whether this appeal was taken from an appealable order.

This criminal case is still pending in the district court. On March 17, 2020, a criminal complaint was filed against Jyde Adelakun, charging him with wire fraud, bank fraud, and conspiracy. On May 20, 2020, a magistrate judge entered an order granting the government's motion to seal its applications for search and seizure warrants. Adelakun appeals pro se from the May 20, 2020, order.

The order of a magistrate judge is initially reviewable by a judge of the district court. *See* 28 U.S.C. § 636(b)(1). We also lack jurisdiction over this appeal because the final judgment rule generally prohibits appellate review in a criminal case until conviction and imposition of sentence.

No. 21-2866
- 2 -

*Flanagan v. United States*, 465 U.S. 259, 263 (1984). Interlocutory appeals in criminal cases are limited to specific exceptions in which the issue "conclusively determine[s] the disputed question, resolve[s] an important issue completely separate from the merits of the action, and [is] effectively unreviewable on appeal from a final judgment." *United States v. Hollywood Motor Car Co.*, 458 U.S. 263, 265–66 (1982) (discussing specific exceptions to the rule of finality under the collateral order doctrine for orders fixing bail, orders denying dismissal of an indictment on double jeopardy grounds, and orders denying dismissal of an indictment on immunity grounds). None of these narrow exceptions are applicable in the instant case. There is presently no conviction or sentence. And there being no final, appealable order, this court is without jurisdiction.

It is ordered that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk