UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: SEARCH/SEIZURE
WARRANT

Case No. 2:20-mc-50585

HONORABLE STEPHEN J. MURPHY, III

_____/

## OMNIBUS ORDER

The Government obtained search and seizure warrants against Jyde Adelakun. ECF 1; 3; 5.[1] Adelakun has since filed a series of motions, ECF 10; 11; 12; 13; 26, that are identical to—and filed on the same days as—motions he has filed on another docket before Magistrate Judge Kimberly Altman, *United States v. Adelakun*, No. 2:20-mj-30135 (E.D. Mich.). Although a warrant is out for Adelakun's arrest, he has failed to "appear[] in person in the Eastern District of Michigan to answer the charges." ECF 20, PgID 472.

Magistrate Judge Altman issued a thorough and well-written order denying four motions that are identical to the pending motions in the present case. *Adelakun*, No. 2:20-mj-30135, ECF 26 (E.D. Mich. Oct. 26, 2021). Because the Court agrees with Magistrate Judge Altman's reasoning, and to avoid inconsistent or duplicative rulings on the motions, the Court will adopt the analysis in Magistrate Judge Altman's order based on the fugitive disentitlement doctrine. *Id.* at 533 ("Until Defendant is willing to submit his case for complete adjudication—win or lose—he should not be permitted to call upon the resources of the court for the determination

---

[1] All documents in the present case are under seal.

1

of selective claims.") (cleaned up). The Court will therefore deny all four motions, ECF 10; 11; 12; 13, without prejudice.

Adelakun also moved for an "order to stay proceeding(s) pending review and or appeal against the decision of Oct 26 and to grant all relief[] [] sought by the defendant[]." ECF 26, PgID 528. If the appeal were taken from an order in the present case, then the Court would grant the motion for lack of jurisdiction. *See Fort Gratiot Sanitary Landfill, Inc. v. Mich. Dep't of Nat. Res.*, 71 F.3d 1197, 1203 (6th Cir. 1995) ("[F]iling a notice of appeal with the district court divests the district court of jurisdiction to act in a case, except on remedial matters unrelated to the merits of the appeal.") (collecting cites). But the appeal was taken from an order in Judge Altman's case. *See Adelakun*, 2:20-mj-30135, ECF 30 (E.D. Mich. Oct. 27, 2021). The Court will therefore deny the motion to stay proceedings.

Last, the Court has entertained at least six unintelligible motions in the present case and the Sixth Circuit has reviewed at least one. What is more, the same motions are being filed on another docket before Magistrate Judge Altman, which exhausts the Court's resources. In the interests of judicial economy, preservation of the resources of the Court, the Sixth Circuit, the United States Attorney's Office, and Adelakun, the Court will require leave to be sought from the Court before filing any future motions. Failure to do so will lead to the motion being stricken from the record.

**WHEREFORE**, it is hereby **ORDERED** that the motion for extension of time to vacate or set aside [10] is **DENIED**.

**IT IS FURTHER ORDERED** that the motion for speedy relief from fraud and void orders [11] is **DENIED**.

**IT IS FURTHER ORDERED** that the motion to unseal and confront Chika Obianwu with affiant affidavits for speedy response [12] is **DENIED**.

**IT IS FURTHER ORDERED** that the motion for orders to disclose, to produce supporting affidavit documentary evidence, to answer, and to sanction [13] is **DENIED**.

**IT IS FURTHER ORDERED** that the motion to stay proceedings pending review and or appeal [26] is **DENIED**.

**IT IS FURTHER ORDERED** that Jyde Adelakun may **NOT FILE** any future motions without **LEAVE FROM THE COURT**. Failure to seek leave will lead to the striking of any motion.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: November 2, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 2, 2021, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager