UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,        Case No. 20-mc-50585
                                Honorable Stephen J. Murphy, III

*In re Search/Seizure Warrant*

---

**UNITED STATES' RESPONSE TO OYENIRAN A. OYEWALE'S MOTION FOR ORDER(S) TO CONSOLIDATE, QUASH, IMPEACH, AND OR VACATE AND OR SET ASIDE AND OR DISMISS ALL COMPLAINTS, AND WARRANTS**

---

On November 18, 2021, a motion was filed in this seizure warrant action captioned "Motion for Order(s) to Consolidate, Quash, Impeach, and or Vacate and or Set Aside and or Dismiss all Complaints, and Warrants" (Motion to Consolidate) by Oyeniran A. Oyewale. (ECF No. 29).

The Motion to Consolidate, merely repeats the "unintelligible" arguments made Jyde Adelakun in this action. Omnibus Order (ECF No. 28, PageID.540). Mr. Adelakun has been prevented from making additional motions absent permission of the Court. *Id.* It appears that Mr. Oyewale is merely acting as a conduit to advance Mr. Adelakun's arguments and circumvent the Court's order to seek leave before

making additional filings based on the language contained in the motion, the signature date (which comes after the date of purported service and corresponds with a prior signature date used by Adelkaun), and other similarities to Adelakun's prior filings. Therefore, the government asks that the motion be denied, and that Mr. Oyewale also be required to request leave of the Court before filing any future motions.

    For all the reasons above, the government respectfully requests that the Motion to Consolidate by Oyeniran A. Oyewale (ECF No. 29) be denied.

Respectfully submitted,

SAIMA S. MOHSIN
Acting United States Attorney

s/Michael El-Zein (P79182)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9770
michael.el-zein@usdoj.gov

Dated:  December 7, 2021

## *CERTIFICATE OF SERVICE*

I hereby certify that on December 7, 2021, the foregoing document was filed with the Clerk of the Court using the ECF system, which will notify all ECF participants, and provided service by email to the following non-ECF parties:

>Oyeniran Oyewale
>oye_niran@yahoo.com

>s/Michael El-Zein (P79182)
>Assistant United States Attorney
>211 W. Fort Street, Suite 2001
>Detroit, Michigan 48226
>(313) 226-9770
>michael.el-zein@usdoj.gov