UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America ,

                  Plaintiff(s),        Case No. 20-mj-30135; 20-mc-50585

vs.

                                    Judge Anthony P, Patti

Jyde Adelakun,
           Defendant(s)

**REQUEST, NOTIFICATION AND MOTION FOR ENFORCEMENT OF THE COURT ORDER ECF 37 PAGE ID 569 DATED DEC 12 2021, AND MOTION TO STAND DOWN GOVERNMENT RESPONSE ECF NO 38 PAGE ID 570 TO 572 AND RESPONSES.**

As damages are accruing day by day in these matter, the government is yet to fully comply with the order of the court -ECF 37,PAGE ID 569.

The court ordered the complaint against the defendant be dismissed but the government did not, and or has not be dismissed the said complaint against the defendant at the UAE Authority (See the attached herewith email correspondences ).

 The government has neither dismissed the said complaint from being used for any investigative and prosecutorial purposes as the herewith attached letter of the government to UAE Authority dated Feb 3 2021 affirmed, see attached.

I also hereby submit to this court to consider these request also as defendant motion for enforcement of the said court order -ECF 37, PAGE ID 569. I also hereby request that this court stand down  government responses in this matter and related matter pending the release of the defendant from the unjustifiable and unconstitutional detention in this matter, when the defendant shall be able to fully prepare the reply to the government motions and responses.

The defendant humbly and respectfully urge this court for the following release :

A,  Order directing the court to forthwith dismiss the said complaint against the defendant at the UAE Authority.

B, Order directing the government to dismiss the said complaint forthwith from being used for any investigative and prosecutorial purposes amongst others.

C, Order forbidding the government to granting permission to any authority for use the said complaint for any investigative and prosecutorial purposes amongst others.

D, Order directing the government to forthwith withdraw,  counsel and rescind the permmission granted to the UAE AUTHORITY in the attached herewith government letter dated Feb 3 2021. (See attach)

E, Order directing to furnish and provide to the defendant vial defendant email, the authenticated copy of the order of this court ( ECF 37, PAGE ID 569) dated Dec 12 2021, from and through the government embassies at the following locations:

France, United Kingdom,  Sweden,  Nigeria,  South Africa,  Sierra Leone and Canada.

F, Order directing the government and following government officers to forthwith execute the order of this court and secure the immediate release of defendant from the detention in the United Arab Emirates without further delay: 1 Salma Hoshin ( Acting Anthony General), 2 Mark Chalseen ( assistant Anthony General), 3 Rachel hertz ( Office of International affairs), 4 Christian Tyler  Gines ( Office of International affairs), 5 Magdi Haddad ( US embassy Abu Dhabi), Nicole laquiere and John Neal, ( Chief of the White Collar Crime unit)

# Certificate of service

I certify that on 19 Dec 2012, 22 Dec 2021 and 27 Dec 2021 that the defendant notification and motion for enforcement  of the court order ecf 37 page ID 569 was served to the Plaintiff ( US Government) via the email mark.chasteen@usdoj.gov Amongst  others as the herewith attached confirmation referred.

s/ Jyde Adelakun

_____

Signature of Filer

Jyde Adelakun

_____

Printed Name

Date:    12/30/2021                 11300 Expo Blvd, #1013

_____

Street Address

San Antonio, TX, 78230

_____

City, State, Zip Code

+971559267366  Adeljyde@gmail.com

_____

Telephone Number  email

U.S. Department of Justice

Criminal Division

VAA:RT:TSL:RGH:ctyg

_____

*Office of International Affairs*                         *Washington, D.C. 20530*

February 3, 2021

Via Email

Judge Abdulrahman Albaloushi
Director
International Cooperation Department
Ministry of Justice
United Arab Emirates

Re:   Supplemental Request from the United Arab Emirates for Assistance in the
Matter of TOUCH OF FAME GROUP (Foreign Reference Number: T D J 2921 S
M 100/2020; U.S. Reference Number: CRM-182-73385)

Dear Judge Albaloushi:

On December 29, 2020, Office of International Affairs (OIA), received the above-referenced supplemental request for legal assistance.  In the request, Emirati authorities asked U.S. authorities for permission to use previously-provided information about a U.S. investigation, as evidence in an ongoing Emirati investigation.  The U.S. authorities responsible for the relevant U.S. investigation authorize the Emirati authorities to use the enclosed copies for Emirati criminal investigative and prosecutorial purposes.  The enclosed copies are identical to those previously reviewed by Emirati authorities, but for redactions of personal information and mutual legal assistance procedures.  Please forward these documents to the appropriate Emirati authorities for analysis.

We greatly appreciate the assistance that the United Arab Emirates has granted the United States in criminal justice matters over the years and look forward to continuing this cooperative relationship.  Please do not hesitate to contact me at Rachel.Hertz@usdoj.gov or 202-616-2871 or contact International Affairs Specialist Christian Gines at Christian.Tyler.Gines@usdoj.gov or 202-514-0175 if you have any questions.

Sincerely,

Vaughn A. Ary
Director

By: *Rachel Hertz*

Rachel G. Hertz
Trial Attorney



## United States of America v. Jyde Adelakun, case 20-mj-30135, Eastern District of Michigan
1 message

**Adel Jyde** <adeljyde1@gmail.com>                                                          Tue, Dec 14, 2021 at 8:24 AM
To: Chasteen, Mark (USAMIE) <Mark.Chasteen@usdoj.gov>
Cc: imadani@dxbpp.gov.ae, christian.tyler.gines@usdoj.gov, m-alali@dxbpp.gov.ae, rachel.hertz@usdoj.gov,
lawkmq@gmail.com, haddadmy@state.gov
Bcc: Jyde Adel <adeljyde@gmail.com>

Mark Chasteen, I acknowledged the receipt of the order of dismissal among others attached in your previous email.
This is to notify you that I am still in the custody of the UAE and should I not be released before Christmas am left with no
other option.
You can do the needful to the OIA, (OFFICE OF INTERNATIONAL AFAIRS, USDOJ RACHELHERTZ AND CHRISTIAN TYLER
GINES) and MAJDI HADDAD of the US embassy in Abu Dahbi to urgently have the signed order of the court authenticated
and translated into Arabic for UAE authority to act upon and  speedily have me released from detention without further
delay before Christmas.


Regards
Jyde Adelakun
[Quoted text hidden]



## United States of America v. Jyde Adelakun, case 20-mj-30135, Eastern District of Michigan

1 message

**Adel Jyde** <adeljyde1@gmail.com>                                                        Fri, Dec 17, 2021 at 8:51 AM
To: Chasteen, Mark (USAMIE) <Mark.Chasteen@usdoj.gov>
Cc: imadani@dxbpp.gov.ae, rachel.hertz@usdoj.gov, nicole.laquiere@usdoj.gov, christian.tyler.gines@usdoj.gov, m-alali@dxbpp.gov.ae, john.neal@usdoj.gov, haddadmy@state.gov
Bcc: Jyde Adel <adeljyde@gmail.com>

Good Morning  Mark Chasteen,


In this golden age of mine and under the unjustified and unconstitutional detention, I have been abused and maltreated. For clearity on the side of the U.S Anthony General office of yours also for my defense in the court of law, I request the following.
(1) The authenticated copy of the interpol confirmation of cancelation and removal of my name from the interpol system( Red Notice)

(2) Authenticated copy of your notification of the court order(ECF 37,PAGE ID 569) to the UAE central authority and their acknowledgement of your notification.

 Honourable Judge Abdulrahman Al baloushi is the director incharge of the central authority for UAE. He needs to be notified for immidiate execution, Rachel Hertz of the OIA- USDOJ has previously contacted or communicated with him on this matter, see attached below . If need be,I shall use this email correspondence in the courts.


Regards
Jyde Adelakun
[Quoted text hidden]



## United States of America v. Jyde Adelakun, case 20-mj-30135, Eastern District of Michigan

1 message

**Adel Jyde** <adeljyde1@gmail.com>                                           Mon, Dec 27, 2021 at 4:19 PM
To: Chasteen, Mark (USAMIE) <Mark.Chasteen@usdoj.gov>
Cc: rachel.hertz@usdoj.gov, christian.tyler.gines@usdoj.gov, nicole.laquiere@usdoj.gov, john.neal@usdoj.gov,
saima.mohsin@usdoj.gov, haddadmy@state.gov

   Dear Mark Chasteen, attached here with is the motion of enforcement filed with the court.

   Regards
   Jyde Adelakun
   [Quoted text hidden]