UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: SEARCH/SEIZURE
WARRANT,

Case No. 2:20-mc-50585

HONORABLE STEPHEN J. MURPHY, III

_____/

**ORDER DENYING MOTION [29] AND STRIKING MOTION [32]**

In November 2021, the Court enjoined Jyde Adelakun from filing any motions without first obtaining leave from the Court. ECF 28, PgID 541. The Court warned that "[f]ailure to seek leave will lead to the striking of any motion." *Id.* Days later, a motion was filed by Mr. Oyeniran A. Oyewale that essentially repeated the unintelligible arguments that Mr. Adelakun had made in his prior motions denied by the Court. *See* ECF 10; 11; 12; 13; 26; 28; 29. It appears that Mr. Oyewale is being used as a strawman to sidestep the Court's injunction. The Court already denied the motions, ECF 28, and will not allow Mr. Adelakun to refile the same baseless motions. Mr. Oyewale's motion, ECF 29, is therefore denied.

What is more, Mr. Oyewale filed the same motion, on the same day, on another docket before Judge Drain. *See United States v. Currency $272,019.16 funds from Citizens Bank Account No. XXXX7788 in the names of Oyeniran A. Oyewale and Olubunmi Oyewale*, No. 2:19-cv-12313, ECF 19 (E.D. Mich. Nov. 18, 2021). In the interests of judicial economy, preservation of the Court's resources, the Sixth Circuit, the United States Attorney's Office, and Mr. Oyewale, the Court will require leave to

1

be sought from the Court before filing any future motions. Failure to do so will lead to the filing being stricken from the record.

Last, Mr. Adelakun filed a motion without leave of the Court. ECF 32. The Court will therefore order the Clerk of the Court to strike the motion.

**WHEREFORE**, it is hereby **ORDERED** that Oyeniran A. Oyewale's motion [29] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court must **STRIKE** Jyde Adelakun's motion [32].

**IT IS FURTHER ORDERED** that Oyeniran A. Oyewale may **NOT FILE** any future motions without **LEAVE FROM THE COURT**. Failure to seek leave will lead to the striking of any filing.

**SO ORDERED.**

                                          s/ Stephen J. Murphy, III
                                          STEPHEN J. MURPHY, III
                                          United States District Judge

Dated: January 4, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 4, 2022, by electronic and/or ordinary mail.

                                          s/ David P. Parker
                                          Case Manager