# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 21, 2022

Mr. Jyde Adelakun

c/o D. Adedeji
11300 Expo Boulevard
Suite 1013
San Antonio, TX 78230

     Re: Case No. 22-1238, *USA v. Jyde Adelakun*
        Originating Case No. : 2:20-mc-50585-001

Dear Mr. Adelakun,

 The Court issued the enclosed Order today in this case. Judgment to follow.

               Sincerely yours,

               s/Julie Connor
               Case Manager
               Direct Dial No. 513-564-7033

cc: Mr. Michael El-Zein
   Ms. Kinikia D. Essix

Enclosure

No mandate to issue

**NOT RECOMMENDED FOR PUBLICATION**

No. 22-1238

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jul 21, 2022
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff-Appellee, | ) |
| v. | ) ON APPEAL FROM THE UNITED |
| | ) STATES DISTRICT COURT FOR |
| JYDE ADELAKUN, | ) THE EASTERN DISTRICT OF |
| | ) MICHIGAN |
| Defendant-Appellant. | ) |

O R D E R

Before: CLAY, ROGERS, and STRANCH, Circuit Judges.

This matter is before the court upon initial consideration to determine whether this appeal was taken from an appealable order.

On March 17, 2020, the government obtained search and seizure warrants charging Jyde Adelakun with wire fraud, bank fraud, and conspiracy. *See United States v. Adelakun*, No. 2:20-mj-30135 (E.D. Mich.) (ECF Nos. 1, 2). Although an arrest warrant was issued, the record indicates that Adelakun was never arrested on the warrant, nor did he appear in person in the district court to answer the charges.

In November 2021, the district court barred Adelakun from filing motions without first seeking leave of the court because he had filed "at least six unintelligible motions in the present case" and because the same "motions [were] being filed on another docket." On March 15, 2022,

No. 22-1238
- 2 -

Adelakun filed another "unintelligible" motion in both the present case and another docket. By order entered on March 18, 2022, the district court denied the motion as moot because the government had earlier dismissed the criminal complaint against Adelakun. *See United States v. Adelakun*, No. 2:20-mj-30135 (E.D. Mich. Dec. 12, 2021). On March 25, 2022, Adelakun filed a notice of appeal from the March 18 order.

We dismiss Adelakun's appeal because this court does not have jurisdiction to entertain an appeal from a matter that is not a final judgment. *See* 28 U.S.C. § 1291. The final judgment rule generally prohibits appellate review in a criminal case until conviction and imposition of sentence. *Flanagan v. United States*, 465 U.S. 259, 263 (1984). Interlocutory appeals in criminal cases are limited to specific exceptions in which the issue "conclusively determine[s] the disputed question, resolve[s] an important issue completely separate from the merits of the action, and [is] effectively unreviewable on appeal from a final judgment." *United States v. Hollywood Motor Car Co.*, 458 U.S. 263, 265-66 (1982) (discussing specific exceptions to the rule of finality under the collateral order doctrine for orders fixing bail, orders denying dismissal of an indictment on double jeopardy grounds, and orders denying dismissal of an indictment on immunity grounds). None of these narrow exceptions is applicable in this case. We note that the government dismissed the criminal complaint against Adelakun without prejudice. It is well settled that an order dismissing a criminal complaint without prejudice is not a final judgment under 28 U.S.C. § 1291. *Parr v. United States*, 351 U.S. 513, 518-519 (1956).

It is ordered that the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk